# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| QUIVER ENTERTAINMENT, INC., and MEP CAPITAL HOLDINGS III, LP | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )    Case No. 1:23-cv-026-SKL<br>) |
| LUKEN COMMUNICATIONS, LLC, GET AFTER IT MEDIA INC., JOEL WERTMAN, LOU DELUSTRO, and TERRI COYLE, | )    JURY TRIAL DEMANDED<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## CONSENT JUDGMENT

This matter, having come before the Court, and it appearing to the Court that the parties hereto have entered into an agreement resolving all matters between them, judgment is hereby entered pursuant to that agreement as follows:

1. Judgment is hereby entered in favor of the Plaintiffs, and against Defendants Luken Communications, LLC and Get After It Media, Inc. in the amount of One Hundred Thousand Dollars ($100,000.00).

2. Plaintiffs agree not to make any efforts to collect such judgment so long as Defendants pay the amount of $8,333.33 per month beginning August 1, 2024, with a final payment of $8,333.37. Upon default in any payment not cured within ten (10) days, Plaintiffs may seek execution on the entire judgment.

3. Each party shall bear its own costs and expenses, including attorneys' fees.

4. Upon payment of the judgment in full, Plaintiffs hereby agree to execute and file a

satisfaction of judgment.

  ENTER this __21st__ day of __August__, 2024.

            s/ *Susan K. Lee*
            SUSAN K. LEE
            UNITED STATES MAGISTRATE JUDGE

**APPROVED FOR ENTRY:**

*/s/ Jacob T. Clabo*
Jacob T. Clabo, Esq., (TN BPR No. 36760)
John Baxter, Esq. (TN BPR No. 35405)
**BUCHALTER, A PROFESSIONAL CORPORATION**
1 Music Circle South, Suite 300
Nashville, TN 37203
Telephone: (629) 224-6600
jclabo@shackelford.law
jbaxter@shackelford.law

*Attorneys for Plaintiffs*

*-and-*

*/s/ William H. Horton* (*w/ Permission*)
William H. Horton, Esq. (TN BPR No. 1935)
Carol M. Ballard, Esq. (TN BPR No. 18533)
**HORTON, BALLARD & PEMERTON, PLLC**
735 Broad Street, Suite 306
Chattanooga, TN 37402
Telephone: (423) 826-2640
Facsimile: (423) 826-2639
cballard@hbplawfirm.com

*Attorneys for Defendants*